ALBANY,
June 1831.

The People
v.
Rensse-
laer C. P.

THE PEOPLE, on the relation of Churchill and others, *vs.*
RENSSELAER C. P.

It is not necessary that an officer, taking an affidavit or allowing an *appeal*
from a justice's judgment, should add to his signature the title of his office.

June 23.

MOTION for mandamus. The common pleas of *Rensselaer*
dismissed an appeal from a justice's judgment, because the
commissioner who allowed the same had not added the *title
of his office* to his signature, attached to the *jurat* of the affida-
vit and to the *allocatur* of the appeal. In opposition to the
motion to dismiss the appeal, it was shewn that the commission-
er was a judge of the common pleas of Rensselaer county,
of the degree of counsel in this court. The relators, (the
appellants,) now moved for a mandamus to vacate the rule
dismissing the appeal.

*J. D. Willard*, for relators.

*By the Court*, SUTHERLAND, J. It is not necessary that
an officer, taking an affidavit or allowing an appeal, should
add to his signature the title of his office. The appeal hav-
ing been allowed by one of the judges of the common pleas,
that court must have been able from inspection to determine
that it was allowed by a proper officer ; and, in addition, it
was expressly shewn by affidavit that it was properly allowed.
The error of the court, therefore, must have been in requiring
the title of the officer to be added to his signature. This
is not necessary. Let an alternative mandamus issue.